FILED: January 29, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-4048
(3:25-cr-00778-CMC-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ROBERT JOHN MAY, III, a/k/a joebidennnn69, a/k/a Eric Rentling

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Columbia |
| Originating Case Number | 3:25-cr-00778-CMC-1 |
| Date notice of appeal filed in originating court: | 01/27/2026 |
| Appellant | Robert John May, III |
| Appellate Case Number | 26-4048 |
| Case Manager | C. Halupa<br>804-916-2702 |